# UNITED STATES DISTRICT COURT
# FOR WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **UNWIRED ASSET MANAGEMENT LLC,**<br><br>      Plaintiff<br><br>      v.<br><br>**CALLFIRE, INC.**<br><br>      Defendant | **Case No. 6:19-cv-00390**<br><br>**JURY TRIAL DEMANDED** |

## COMPLAINT

For its Complaint, Unwired Asset Management LLC ("UAM"), by and through the undersigned counsel, alleges as follows:

## THE PARTIES

1. UAM is a Texas limited liability company with a place of business located at 17330 Preston Road, Suite 200D, Dallas, Texas 75252.

2. Defendant CallFire, Inc. is a Delaware company, with, upon information and belief, a place of business located in Austin, Texas.

## JURISDICTION AND VENUE

3. This action arises under the Patent Act, 35 U.S.C. § 1 *et seq.*

4. Subject matter jurisdiction is proper in this Court under 28 U.S.C. §§ 1331 and 1338.

5. Upon information and belief, Defendant conducts substantial business in this forum, directly or through intermediaries, including: (i) at least a portion of the

infringements alleged herein; and (ii) regularly doing or soliciting business, engaging in other persistent courses of conduct and/or deriving substantial revenue from goods and services provided to individuals in this district.

6.  Venue is proper in this district pursuant to § 1400(b).

## THE PATENT-IN-SUIT

7.  On July 1, 2014, U.S. Patent No. 8,768,756, entitled "System and Method of Delivering Audio Communications," was duly and lawfully issued by the U.S. Patent and Trademark Office.  A true and correct copy of the '756 patent is attached hereto as Exhibit A.

8.  UAM is the assignee and owner of the right, title and interest in and to the '756 patent, including the right to assert all causes of action arising under said patent and the right to any remedies for infringement of it.

## COUNT I – INFRINGEMENT OF U.S. PATENT NO. 8,768,756

9.  UAM repeats and realleges the allegations of paragraphs 1 through 8 as if fully set forth herein.

10.  Without license or authorization and in violation of 35 U.S.C. § 271(a), Defendant is liable for infringement of at least claim 1 of the '756 patent by making, using, importing, offering for sale, and/or selling, systems and methods for delivering an audio communication, , including, but not limited to, Defendant's Interactive Voice Response system ("IVR"), because each and every element is met either literally or equivalently.

11.  Upon information and belief, Defendant used IVR via its internal use and testing in the United States, directly infringing one or more claims of the '756 patent.

12. For example, to create its documentation for developers, *see, e.g.,* https://developers.callfire.com/callfire_xml_introduction.html, Defendant used IVR.

13. More specifically and upon information and belief, IVR provides a voice message broadcasting platform or solution to advertisers or organizations for various purposes such as surveys, polls, payments, etc. The platform allows users to reply or provide feedback by replying to the IVR menu.

> IVR
>
> CallFire allows you to use IVR for sending calls with the help of CallFire XML. Interactive voice response (IVR) is a technology that allows a computer to interact with humans through the use of voice and DTMF tones input via keypad. IVR allows customers to interact with a company's host system via a telephone keypad or by speech recognition, after which services can be inquired about through the IVR dialogue. IVR systems can respond with prerecorded or dynamically generated audio to further direct users on how to proceed. IVR systems can be used for mobile purchases, banking payments and services, retail orders, utilities, travel information and weather conditions. CallFire allows you to create both outbound and inbound ivrs.

https://developers.callfire.com/callfire_xml_introduction.html.

> Interactive Voice Response systems can be applied for both inbound and outbound messaging. Either way, the CallFire IVR system is easy to use and streamlines your communications.
>
> **Outbound**
>
> Send automated surveys and polls to customers, employees, voters, and others to collect and manage data for your business or campaign.
>
> - Political polling messaging services include candidate preference polls, issue-voting polls, or even calls to action.
> - Disaster warning campaigns can be set up to alert recipients or collect vital information in a short amount of time.

A Guide to: Interactive Voice Response at p. 4 (available at https://www.callfire.com/sites/default/files/download/guides/ivr-guide.pd).

14. IVR provides different type of audio messages based on whether the call is picked by the user or it gets forwarded to an answering machine or voicemail (e.g.,

3

"selectively delivering an audio message") using its Answering Machine Detection (AMD) technology. The audio message delivered can be a personalized voice message having content specific to a recipient (e.g., "content") along with message containing information such as payments, appointment reminders, etc. (e.g., "advertising portion").



https://www.callfire.com/industries/utilities.



https://developers.callfire.com/individual_messaging.html.



https://answers.callfire.com/hc/en-us/articles/202376778-IVR-Designer-Basics.



https://www.callfire.com/blog/2009/05/01/callfire-releases-new-answering-machine-detection-amd.

**Call Broadcasts (Voice and IVR)**

Call Broadcasts represent two type of broadcasts: **Voice** and **IVR**. Everything that Voice broadcast can do you can also accomplish with the IVR broadcast, and the IVR allows you to ask questions through pre-recorded or text-to-speech prompts, and receive responses via phone key presses.

Voice Broadcasts allow you to send a pre-recorded voice message to a number of people. You can configure what message to play if the call is answered by a person, and set a different message to play if an answering machine is detected. Voice broadcasts can be configured to transfer a call when a transfer digit is pressed. The following settings are available for Call Broadcasts (Voice & IVR):

https://developers.callfire.com/broadcast_messaging.html.

**Examples**

The following example presents a user with options if the user answers live. However, if we reach an answering machine, the system will play a message after the beep and hang up.

```xml
<dialplan name="Root">
    <amd>
        <live>
        <menu name="main_menu">
            <play type="callfireid">332122</play>
            <keypress pressed="1">
                <transfer callerid="5551231234" name="sales">
                    5552312312
                </transfer>
            </keypress>
            <keypress pressed="3">
                <transfer callerid="5551231234" name="support">
                    5552312312
                </transfer>
            </keypress>
            <keypress pressed="#">
                <play type="callfireid">332192</play>
            </keypress></menu>
        </live>
        <machine>
        <play type="callfireid">332123</play>
        </machine>
    </amd>
</dialplan>
```

https://developers.callfire.com/callfire_xml_amd.html.



https://www.callfire.com/help/docs/voice-broadcast/selecting-sounds/answering-machine.

15. When IVR detects that the call has been answered by a user (e.g., "call was not routed to the voice mail system"), a pre-recorded personalized audio message is played to the user including or followed by an IVR menu (e.g., "first available delivery format") prompting the user to provide a response by pressing a key.



https://developers.callfire.com/individual_messaging.html.

7



https://www.callfire.com/help/docs/voice-broadcast/selecting-sounds/answering-machine.



https://developers.callfire.com/callfire_xml_amd.html.

**Examples**

The following example presents a user with options if the user answers live. However, if we reach an answering machine, the system will play a message after the beep and hang up.

```xml
<dialplan name="Root">
    <amd>
        <live>
        <menu name="main_menu">
            <play type="callfireid">332122</play>
            <keypress pressed="1">
                <transfer callerid="5551231234" name="sales">
                    5552312312
                </transfer>
            </keypress>
            <keypress pressed="3">
                <transfer callerid="5551231234" name="support">
                    5552312312
                </transfer>
            </keypress>
            <keypress pressed="#">
                <play type="callfireid">332192</play>
            </keypress></menu>
        </live>
        <machine>
            <play type="callfireid">332123</play>
        </machine>
    </amd>
</dialplan>
```

*Id.*

16. When IVR detects that the call has been answered by an answering machine or voicemail (e.g., "call was has been routed to the voice mail system"), a pre-recorded voice message is sent to the voicemail of the user (e.g., "second available delivery format"). The first and the second available delivery format are different as the first format has a pre-recorded message followed by an IVR menu to capture the feedback of the user while the second format is only a voice message being sent to the user's voicemail.

**Voice message with IVR dialplan**

The term IVR stands for Interactive Voice Response. An IVR allows you to ask questions through pre-recorded or text-to-speech prompts, and receive responses via phone key presses. The CallFire IVR setup uses an XML-based definition. Read more about IVRs at CallFire XML page.

The next XML sample represents a CallFire IVR dialplan which does the following:

- detects if the call is answered by a human or an answering machine, then plays a message or hangs up the phone.
- once the message is played, waits for user input before a given timeout (in our case 3500 milliseconds).
- if users presses "1," repeats the voice message, otherwise hangs up the phone.

https://developers.callfire.com/individual_messaging.html.

9



https://www.callfire.com/help/docs/voice-broadcast/selecting-sounds/answering-machine.



https://developers.callfire.com/callfire_xml_amd.html.

```xml
<dialplan name="Root">
    <amd>
        <live>
        <menu name="main_menu">
            <play type="callfireid">332122</play>
            <keypress pressed="1">
                <transfer callerid="5551231234" name="sales">
                    5552312312
                </transfer>
            </keypress>
            <keypress pressed="3">
                <transfer callerid="5551231234" name="support">
                    5552312312
                </transfer>
            </keypress>
            <keypress pressed="#">
                <play type="callfireid">332192</play>
            </keypress></menu>
        </live>
        <machine>
        <play type="callfireid">332123</play>
        </machine>
    </amd>
</dialplan>
```

*Id.*

17. When a live caller is detected, the caller is presented with pre-recorded messages having IVR menu (e.g., "advertising portion includes a primary advertisement").

**Voice message with IVR dialplan**

The term IVR stands for Interactive Voice Response. An IVR allows you to ask questions through pre-recorded or text-to-speech prompts, and receive responses via phone key presses. The CallFire IVR setup uses an XML-based definition. Read more about IVRs at CallFire XML page.

The next XML sample represents a CallFire IVR dialplan which does the following:

- detects if the call is answered by a human or an answering machine, then plays a message or hangs up the phone.
- once the message is played, waits for user input before a given timeout (in our case 3500 milliseconds).
- if users presses "1," repeats the voice message, otherwise hangs up the phone.

htttps://developers.callfire.com/individual_messaging.html.

**Examples**

The following example presents a user with options if the user answers live. However, if we reach an answering machine, the system will play a message after the beep and hang up.

```xml
<dialplan name="Root">
    <amd>
        <live>
            <menu name="main_menu">
                <play type="callfireid">332122</play>
                <keypress pressed="1">
                    <transfer callerid="5551231234" name="sales">
                        5552312312
                    </transfer>
                </keypress>
                <keypress pressed="3">
                    <transfer callerid="5551231234" name="support">
                        5552312312
                    </transfer>
                </keypress>
                <keypress pressed="#">
                    <play type="callfireid">332192</play>
                </keypress></menu>
        </live>
        <machine>
            <play type="callfireid">332123</play>
        </machine>
    </amd>
</dialplan>
```

https://developers.callfire.com/callfire_xml_amd.html.

18.     When an answering machine is detected, the pre-recorded messages (e.g., "second available delivery format") are delivered or saved to the answering machine. These pre-recorded messages are "non-interactive" messages or "advertisements" that do not provide an IVR menu.

**Voice message with IVR dialplan**

The term IVR stands for Interactive Voice Response. An IVR allows you to ask questions through pre-recorded or text-to-speech prompts, and receive responses via phone key presses. The CallFire IVR setup uses an XML-based definition. Read more about IVRs at CallFire XML page.

The next XML sample represents a CallFire IVR dialplan which does the following:

- detects if the call is answered by a human or an answering machine, then plays a message or hangs up the phone.
- once the message is played, waits for user input before a given timeout (in our case 3500 milliseconds).
- if users presses "1," repeats the voice message, otherwise hangs up the phone.

https://developers.callfire.com/individual_messaging.html.

**Examples**

The following example presents a user with options if the user answers live. However, if we reach an answering machine, the system will play a message after the beep and hang up.

```xml
<dialplan name="Root">
    <amd>
        <live>
        <menu name="main_menu">
            <play type="callfireid">332122</play>
            <keypress pressed="1">
                <transfer callerid="5551231234" name="sales">
                    5552312312
                </transfer>
            </keypress>
            <keypress pressed="3">
                <transfer callerid="5551231234" name="support">
                    5552312312
                </transfer>
            </keypress>
            <keypress pressed="#">
                <play type="callfireid">332192</play>
            </keypress></menu>
        </live>
        <machine>
        <play type="callfireid">332123</play>
        </machine>
    </amd>
</dialplan>
```

https://developers.callfire.com/callfire_xml_amd.html.

19.     UAM is entitled to recover from Defendant the damages sustained by UAM as a result of Defendant's infringement of the '756 patent in an amount subject to proof at trial, which, by law, cannot be less than a reasonable royalty, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

## JURY DEMAND

UAM hereby demands a trial by jury on all issues so triable.

## PRAYER FOR RELIEF

WHEREFORE, UAM requests that this Court enter judgment against Defendant as follows:

A.      An adjudication that Defendant has infringed the '756 patent;

B.      An award of damages to be paid by Defendant adequate to compensate UAM for Defendant's past infringement of the '756 patent and any continuing or future

infringement through the date such judgment is entered, including interest, costs, expenses and an accounting of all infringing acts including, but not limited to, those acts not presented at trial;

      C.     A declaration that this case is exceptional under 35 U.S.C. § 285, and an award of UAM's reasonable attorneys' fees; and

      D.     An award to UAM of such further relief at law or in equity as the Court deems just and proper.

Dated: June 24, 2019

Respectfully submitted,

*/s/ Raymond W. Mort, III*
Raymond W. Mort, III
Texas State Bar No. 00791308
raymort@austinlaw.com

**THE MORT LAW FIRM, PLLC**
100 Congress Ave, Suite 2000
Austin, Texas 78701
Tel/Fax: (512) 865-7950

*Attorneys for Plaintiff*
*Unwired Asset Management LLC*